AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Massachusetts | |
|---|---|---|
| Name Richard J. Andrew | Prisoner No. T20853 | Case No. |

Place of Confinement
Cadre Work Program
20 Administration Rd.
Bridgewater, MA 02324

Name of Petitioner (include name under which convicted)

Richard J. Andrew

v.

Name of Respondent (authorized person having custody of petitioner)

Kenneth Nelson

The Attorney General of the State of: Massachusetts

# PETITION

1. Name and location of court which entered the judgment of conviction under attack  Roxbury Juvenile Court 85 Warren Street Roxbury, MA 02119 (Suffolk County)

2. Date of judgment of conviction  June 30, 1993

3. Length of sentence  15-20 years

4. Nature of offense involved (all counts)  First degree murder [M.G.L.A. c. 119, § 72]

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

      _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Roxbury District Court__

        (2) Nature of proceeding __Mass. R. Crim. P. 29, revision and revocation of sentence, pro se, on 01-17-00, with request for counsel.__

        (3) Grounds raised __Ineffectiveness of counsel to preserve Rule 29 motion and failure to advise court that lesser sentence possible.__

(3)

(3 con.)

Withdrew pro se motion and refiled substitute on advise of new counsel, on 01-31-01, with request to file late. Two (2) hearings, 04-26-01 and 06-14-01 were held.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒  No ☐

(5) Result  see (3) above.

(6) Date of result _____

(b) As to any second petition, application or motion give the same information: [Reconsideration]:

(1) Name of court  Roxbury District Court

(2) Nature of proceeding  Legal question, relative to lower court's discretion per M.G.L.A. c. 119, § 72 (1993 Ed.) to resentence, referred to the Appeals Court.

(3) Grounds raised

The Appeals Court remanded with instruction and determined that the lower court had yet to deal with the issue of late filing and whether it was due to ineffectiveness of prior counsel. Thus, no appealate decision available to defendent was possible.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒  No ☐

(5) Result  Hearing held on 03-20-03 in the Roxbury Dist. Court:

(6) Date of result  On 06-04-03, the lower court allowed late filing and resentenced the defendant to 15-15-1 years.

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☐  No ☒
(2) Second petition, etc.  Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Commonwealth filed for relief pursuant to M.G.L.A. c. 211, § 3, and the Supreme Judicial Court reversed for the petitioner.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
X (i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Denial of ineffectiveness disallows late filing of Rule 29,__
__thereby negating resentencing.__

Supporting FACTS (state *briefly* without citing cases or law) __Trial counsel was constitutionally deficient, both by failing to advise court of flexibility of the sentence per the statute, and, principally, failing to inform the defendant of his right to relief under RUle 29 when he had a duty to do so, as defendant had duly inquired.__

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  Jeffrey Denner, Esquire
    4 Longfellow Place, Boston, MA 02114

    (b) At arraignment and plea  Jeffrey Denner, Esquire
    Longfellow Place, Boston, MA 02114

(6)

AO 241 (Rev. 5/85)

    (c) At trial __Jeffrey Denner, Esquire__

        4 Longfellow Place, Boston, MA 02114

    (d) At sentencing __Jeffrey Denner, Esquire__

        4 Longfellow Place, Boston, MA 02114

    (e) On appeal _____

    (f) In any post-conviction proceeding __James L. Sultan, Esquire and Michelle Menken, Esquire, with him, both of One Commercial Wharf, Boston, MA 02110.__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __Same as (f) above.__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__July 15, 2004__
    (date)

*Richard J. Andrew*, pro se
Signature of Petitioner

(7)