Richard J. Andrew
#T20853
Cadre Program
20 Administration Rd.
Bridgewater, Ma. 02324

United States District Court
Office of the clerk
John Joseph Mokaley Courthouse
1 Courthouse Way
Suite 2300
Boston, Ma. 02210

To Whom it may concern,

My Name is Richard Andrew, and I am inquiring on the status of my Habeus Corpus and motion for appointment of Counsel. . The Dockett number for my case is 04CV11895 REK.

Thank you for time in readinding my above request. I will hopefully receive a response soon.

Sincerely,
Richard J. Andrew
October 18, 2004