UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard J. Andrew
                    Petitioner

                                                    CIVIL ACTION

            V.
                                                    NO.  04-11895-REK

Kenneth Nelson
                    Respondent


ORDER

Keeton, S. D. J.


       Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent AND the Attorney General for the Commonwealth of Massachusetts, Attention:   William Meade, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA  02108.

       It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

       This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.


    11/8/04                             Robert E. Keeton
      Date                             United States Senior District Judge

                                        By the Court:

                                        s/ Karen Folan
                                        Karen Folan
                                        Deputy Clerk

(2254serv.ord - 12/95)                                                                                    [2254serv.]