UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
RICHARD ANDREW,                         )
         Petitioner,                    )
                                        )
v.                                      )        Civil Action No. 04-11895-REK
                                        )
KENNETH NELSON,                         )
         Respondent.                    )
_____)

## MOTION TO DISMISS

Respondent Kenneth Nelson moves that this petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(d)(1), because it was filed more than eleven years after the conviction it challenges became final.

For this reason, and for the reasons set forth in the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss, respondent respectfully requests that this petition be dismissed with prejudice.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: December 28, 2004