UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD ANDREW,
    petitioner,

v.                      Civil Action No. 04-11895-REK

KENNETH NELSON,
    respondent,

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO RESPODENT'S MOTION TO DISMISS

    Petitioner, pro se, respectfully requests that this court enlarge the time to file an response to responden't motion and extend the deadline to file such a pleading to Sepetember 26, 2005. In support, the petitioner states that:

    1. Pursuant to this court's order of July 6, 2005, which petitioner just received July 21, 2005, an answer is due on July 26, 2005.

    2. The order also requests petitioner to respond to meris of Nelson's motion, which petitner needs ample time to do so.

    3. Petitioner, pro se, is not an attorney and needs extended time to research case law to file said response.

    4. Therefore petitioner requires brief additional time to research additional case law on matter.

    5. Furthermore, in the past, petitioner requested no prior extensions of time in this matter.

    For above reasons, petitioner request that this motion be allowed, and that the time to file a Response be extended to September 26, 2005.

                                             Respectfully Submitted,

                                             */s/ Richard J. Andrew*
                                             Richard J. Andrew, pro se

                                             Cadre Program

                                             20 Administration Rd.

                                             Bridgewater, Ma. 02324

                                             PETITIONER, PRO SE

Dated: July 22, 2005
*/s/ July 22, 2005*