UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD J. ANDREW,
    Petitioner

v.                                  Civil Action No. 04-11895-REK

KENNETH W. NELSON
    Respondent

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner, Richard J. Andrew, and respectfully request that this Honorable Court grant him a leave to file a "Motion to Reconsider the Denial of Counsel in Light of Supplemental Affidavit".

As reasons therefor, petitioner states;

1. He is having trouble meeting deadlines due to the fact that he is acting pro se and has little to no knowledge of the law.

Wherefore, the petitioner respectfully requests that the administration of justice be facilitated by the granting of that leave.

Respectfully Submitted,

Richard J. Andrew, pro se
Cadre Program
20 administration Rd.
Bridgewater, Ma. 02324

Dated: August 2, 2005