UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD J. ANDREW
    Petitioner

v.                                  Civil Action No. 04-11895-REK

KENNETH W. NELSON
    Respondent

### MOTION TO RECONSIDER THE DENIAL OF APPOINTMENT OF COUNSEL IN LIGHT OF SUPPLEMENTAL AFFIDAVIT

Now comes the petitioner, Richard Andrew, pro se, a prisoner lawfully in the custody of the Massachusetts Deparment of Correction. In the above- matter, I respectfully move this Honorable Court for a Motion to reconsider the Denial of Appointment of Counsel in Light of Supplemental Affidavit.( See Attached Supp. Affidavit).

The denial of said order was in above matter was July 6, 2005. Judge Keeton denied motion based on the fact that petitioner did not properly set fourth facts of indigency and requirements of interest of justice to show counsel is needed.

IN support of said motion, the petitioner states that the affidavit set out hearin suffiently setfourth the Federal standard Authorized under 18 Us.C.A. 3006A. That counsel be appointed.

Wherefore. the petitioner prays that this Honorable Court grants his Motion for Reconsideration in light of Supplemental Affidavit to Appoint Post Conviction Counsel, James L. Sultan.

Respectfully Submitted,
Richard J. Andrew  pro se
Cadre Program
20 Administration Rd.
Bridgewater, Ma 02324

Dated August 2, 2005