August 18, 2005

Rich Andrew
Cadre Program
20 Administration Rd.
Bridgewater, Ma. 02324

United States District Court
Office of the Clerk
United States CourtHouse
1 CourtHouse Way
Suite 2300
Boston, MA. 02201

FILED
IN CLERKS OFFICE

2005 AUG 23 P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Andrew v. Nelson, case # 04-11895-REK

Dear Mr. Keeton,

    I write this brief note to respectfully ask that you strongly consider my previous motion for reconsideration for appointment of counsel. As requested, I've done the best I could to respond to Respondent's motion to dismiss by the August 23, 2005 deaedline I was granted by you. Hopefully you will realize my knowledge to the law is very limited. And that it is important I have an attorney appointed to me.

    Thank you for your time in reading my above request. Hopefully it will be tooking under stron advisment. Regardless of the outcome I appreciate the oppurtunity in the above matter.

Respectfully,

Richard Andrew