UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. ANDREW,<br>    Petitioner<br><br>v.<br><br>KENNETH NELSON,<br>    Respondent | CIVIL ACTION<br>NO. 04-11895-REK |

**Final Order**
September 15, 2005

As explained in the Memorandum and Order issued on this date, Richard J. Andrew's Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By a Person in State Custody is DISMISSED WITH PREJUDICE, the parties to bear their own costs.

Approved:                                                                    By the Court:


 /s/Robert E. Keeton                                                    /s/Karen Folan
        Robert E. Keeton                                              Karen Folan, Deputy Clerk
Senior United States District Judge