MASSACHUSETTS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD J. ANDREW,
    Petitioner

vs.

KENNETH NELSON,
    Respondent

District Court
Civil Action No.
04-11895-REK

## NOTICE OF APPEAL

    Now comes the petitioner, Richard J. Andrew, who is a prisoner lawfully in the custody of the Massachusetts Department of Correction, at Bridgewater State hospital(Cadre Program), In the above-entitled matter, pursuant to District Court Local Rule 22.1, respectfully serves notice upon this Honorable Court of Petitioner's notice of Appeal from a Judgement of the Massachusetts District Court denying first pro-se Federal 28 U.S.C. 2254 petition by Honorable Robert E. Keeton, J., on September 15, 2005.

    It is herby served upon this Honorable court petitioner's notice of Appeal.

Respectfully Submitted,
Richard J. Andrew, pro-se

Date: September 22, 2005