**MASSACHUSETTS DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

2005 OCT -5  P 1: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD J. ANDREW,
    Petitioner

vs.

KENNETH NELSON,
    Respondent

District Court
Civil Action No.
04-11895-REK

## CERTIFICATE OF SERVICE

Now comes the petitioner, Richard J. Andrew, who is a prisoner lawfully in the custody of the Massachusetts Department of Correction, at Bridgewater State Hospital(Cadre Program), in the above-entitled matter pursuant to **Fed.R.Civ.P.5**, respectfully serves notice upon this Honorable Court that I served a true and complete copy of my notice of Appeal and Application for Certificate of Appealability on the attorney general's office by Pre-paid mail to: One Ashbuton place, Boston, Massachusetts 02108.

Sworn this 22 day of September 2005.

Respectfully Submitted,

Richard J. Andrew