MASSACHUSETTS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD J. ANDREW,
    Petitioner

vs.

    District Court
    Civil Action No.
    04-11895-REK

Kenneth Nelson,
    Respondent

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, PURSUANT TO Fed.R.App.P.24

Now comes the petitioner in the above entitled matter and moves this Honorable Court to waive any cost(s) or fees pertaining to above matter. I , the petitioner is presently incarcerated and unable to pay any fees, I'm very much indigent. The petitioner will enclose statements provided by institution housed at.

As grounds therefore, the petitioner attaches his affidavit of Indigency and, further, states that the relief requested is consistent with Rule 24(a)(3).

Respectfully,

Richard Andrew
P.O. Box 207
South Carver, Ma. 02366
Plymouth Forestry

Date: November 30, 2005