# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 04-11895
Appeal No. 05-2592

Richard Andrew
Petitioner

v.

Kenneth Nelson
Respondent

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: November 30, 2005 |

My issues on appeal are: I am Appealing Judge Keeton's grant of the defendant's Motion to dismiss, and relief sought is a reversal of Mr. Keeton's decision. Also, that my Habeas Corpus be reinstated in the District Court.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $360.00 | $ NA | $ 0 | $ NA |
| Self-employment | $ None | $ NA | $ None | $ NA |
| Income from real property (such as rental income) | $ None | $ NA | $ None | $ NA |
| Interest and dividends | $ None | $ NA | $ None | $ NA |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $200.00 | $ NA | $ 30.00 | $ NA |
| Alimony | $ None | $ NA | $ None | $ NA |
| Child support | $ None | $ NA | $ None | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ None | $ NA | $ | $ NA |
| Disability (such as social security, insurance payments) | $ None | $ NA | $ | $ NA |
| Unemployment payments | $ None | $ NA | $ None | $ NA |
| Public-assistance (such as welfare) | $ None | $ NA | $ None | $ NA |
| Other (specify): _____ | $ | $ NA | $ | $ NA |
| Total Monthly income: | $ 180.00 | $ NA | $ | $ NA |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| INCARCERATED | INCARCERATED | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | NA |

2

4. *How much cash do you and your spouse have?* $____NA____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ | $ |
| None | | $ | $ |
| None | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** | (Value) | **Other real estate** | (Value) | **Motor Vehicle #1** | (Value) |
|---|---|---|---|---|---|
| None | | | | Make & year: | |
| None | | | | Model: | |
| None | | | | Registration#: | |

| **Motor Vehicle #2** | (Value) | **Other assets** | (Value) | **Other assets** | (Value) |
|---|---|---|---|---|---|
| Make & year: | | | | | |
| Model: | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |
| None | | |
| None | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | | |
| None | | |
| None | | |

3

*8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ NA |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ NA |
| Home maintenance (repairs and upkeep) | $ 0 | $ NA |
| Food | $ 0 | $ NA |
| Clothing | $ 0 | $ NA |
| Laundry and dry-cleaning | $ 0 | $ NA |
| Medical and dental expenses | $ 0 | $ NA |
| Transportation (not including motor vehicle payments) | $ 0 | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ NA |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ NA |
|    Homeowner's or renter's | $ 0 | $ NA |
|    Life | $ 0 | $ NA |
|    Health | $ 0 | $ NA |
|    Motor Vehicle | $ 0 | $ NA |
|    Other: _____ | $ 0 | $ NA |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ NA |
| Installment payments | $ 0 | $ NA |
|    Motor Vehicle | $ 0 | $ NA |
|    Credit card (name): _____ | $ 0 | $ NA |
|    Department store (name): _____ | $ 0 | $ NA |
|    Other: _____ | $ 0 | $ NA |

4

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20051130 08:50

Page: 1

| Commit# : | T20853 | | | | MCI PLYMOUTH | | | | |
| Name : | ANDREW, RICHARD, J, | | | | Statement From | 20050501 | | | |
| Inst : | MCI PLYMOUTH | | | | To | 20051130 | | | |
| Block : | A - DORM | | | | | | | | |
| Cell/Bed : | 127 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,156.40 | $3,080.85 | $1,668.27 | $1,039.14 |
| 20050502 22:30 | CN - Canteen | 4535855 | | STH | ~Canteen Date : 20050502 | $0.00 | $4.25 | $0.00 | $0.00 |
| 20050504 23:03 | PY - Payroll | 4551408 | | STH | ~20050417 To 20050423 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050504 23:03 | PY - Payroll | 4551409 | | STH | ~20050417 To 20050423 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050510 10:24 | EX - External Disbursement | 4577618 | 99869 | STH | ~YORK PHOTO | $0.00 | $14.90 | $0.00 | $0.00 |
| 20050510 10:24 | MA - Maintenance and Administration | 4577620 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4585584 | | STH | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4585585 | | STH | | $0.00 | $0.00 | $2.11 | $0.00 |
| 20050511 23:03 | PY - Payroll | 4603751 | | STH | ~20050424 To 20050430 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050511 23:03 | PY - Payroll | 4603752 | | STH | ~20050424 To 20050430 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4623736 | | STH | ~Canteen Date : 20050516 | $0.00 | $6.97 | $0.00 | $0.00 |
| 20050518 23:03 | PY - Payroll | 4638153 | | STH | ~20050501 To 20050507 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050518 23:03 | PY - Payroll | 4638154 | | STH | ~20050501 To 20050507 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655101 | | STH | ~Canteen Date : 20050523 | $0.00 | $13.94 | $0.00 | $0.00 |
| 20050525 23:06 | PY - Payroll | 4669787 | | STH | ~20050508 To 20050514 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050525 23:06 | PY - Payroll | 4669788 | | STH | ~20050508 To 20050514 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4683914 | | STH | ~Canteen Date : 20050527 | $0.00 | $8.87 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4700148 | | STH | ~20050515 To 20050521 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4700149 | | STH | ~20050515 To 20050521 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050603 15:49 | IC - Transfer from Inmate to Club A/c | 4714766 | | STH | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $2.25 | $0.00 | $0.00 |
| 20050608 23:03 | PY - Payroll | 4738240 | | STH | ~20050522 To 20050528 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050608 23:03 | PY - Payroll | 4738241 | | STH | ~20050522 To 20050528 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747498 | | STH | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747499 | | STH | | $0.00 | $0.00 | $2.47 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788292 | | STH | ~20050529 To 20050604 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788293 | | STH | ~20050529 To 20050604 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4806382 | | STH | ~Canteen Date : 20050620 | $0.00 | $8.94 | $0.00 | $0.00 |
| 20050622 23:08 | PY - Payroll | 4821314 | | STH | ~20050605 To 20050611 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050622 23:08 | PY - Payroll | 4821315 | | STH | ~20050605 To 20050611 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4838618 | | STH | ~Canteen Date : 20050627 | $0.00 | $19.08 | $0.00 | $0.00 |
| 20050628 08:47 | ML - Mail | 4841405 | | STH | ~E. ANDREW | $50.00 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date: 20051130 08:48

| Commit# : | T20853 | | | | MCI PLYMOUTH | | Page: 1 |
| Name : | ANDREW, RICHARD, J, | | | Statement From | 20050601 | | |
| Inst : | MCI PLYMOUTH | | | To | 20051130 | | |
| Block : | A - DORM | | | | | | |
| Cell/Bed : | 127 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,186.50 | $3,130.78 | $1,700.38 | $1,039.14 |
| 20050601 23:02 | PY - Payroll | 4700148 | | STH | ~20050515 To 20050521 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4700149 | | STH | ~20050515 To 20050521 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050603 15:49 | IC - Transfer from Inmate to Club A/c | 4714766 | | STH | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $2.25 | $0.00 | $0.00 |
| 20050608 23:03 | PY - Payroll | 4738240 | | STH | ~20050522 To 20050528 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050608 23:03 | PY - Payroll | 4738241 | | STH | ~20050522 To 20050528 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747498 | | STH | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747499 | | STH | | $0.00 | $0.00 | $2.47 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788292 | | STH | ~20050529 To 20050604 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788293 | | STH | ~20050529 To 20050604 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4806382 | | STH | ~Canteen Date : 20050620 | $0.00 | $8.94 | $0.00 | $0.00 |
| 20050622 23:08 | PY - Payroll | 4821314 | | STH | ~20050605 To 20050611 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050622 23:08 | PY - Payroll | 4821315 | | STH | ~20050605 To 20050611 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4838618 | | STH | ~Canteen Date : 20050627 | $0.00 | $19.08 | $0.00 | $0.00 |
| 20050628 08:47 | ML - Mail | 4841405 | | STH | ~E. ANDREW | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050628 08:47 | MA - Maintenance and Administration | 4841407 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050629 23:03 | PY - Payroll | 4852947 | | STH | ~20050612 To 20050618 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050629 23:03 | PY - Payroll | 4852948 | | STH | ~20050612 To 20050618 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050706 23:04 | PY - Payroll | 4889533 | | STH | ~20050619 To 20050625 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050706 23:04 | PY - Payroll | 4889534 | | STH | ~20050619 To 20050625 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050713 11:40 | IC - Transfer from Inmate to Club A/c | 4921068 | | STH | ~SICK CALL 7/6/05~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4922908 | | STH | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4922909 | | STH | | $0.00 | $0.00 | $2.55 | $0.00 |
| 20050713 23:07 | PY - Payroll | 4941926 | | STH | ~20050626 To 20050702 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050713 23:07 | PY - Payroll | 4941927 | | STH | ~20050626 To 20050702 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050714 09:06 | ML - Mail | 4947816 | | STH | ~E. ANDREW | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050714 09:06 | MA - Maintenance and Administration | 4947818 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050718 22:30 | CN - Canteen | 4959948 | | STH | ~Canteen Date : 20050718 | $0.00 | $7.04 | $0.00 | $0.00 |
| 20050720 23:08 | PY - Payroll | 4974471 | | STH | ~20050703 To 20050709 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050720 23:08 | PY - Payroll | 4974472 | | STH | ~20050703 To 20050709 | $0.00 | $0.00 | $7.50 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20051130 08:48

| | | | | |
|---|---|---|---|---|
| Commit# : | T20853 | MCI PLYMOUTH | | Page: 2 |
| Name : | ANDREW, RICHARD, J, | Statement From | 20050601 | |
| Inst : | MCI PLYMOUTH | To | 20051130 | |
| Block : | A - DORM | | | |
| Cell/Bed : | 127 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050727 23:07 | PY - Payroll | 5005048 | | STH | ~20050710 To 20050716 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050727 23:07 | PY - Payroll | 5005049 | | STH | ~20050710 To 20050716 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050801 22:30 | CN - Canteen | 5024340 | | STH | ~Canteen Date : 20050801 | $0.00 | $9.01 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5037851 | | STH | | $0.59 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5037852 | | STH | | $0.00 | $0.00 | $2.86 | $0.00 |
| 20050803 23:08 | PY - Payroll | 5057056 | | STH | ~20050717 To 20050723 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050803 23:08 | PY - Payroll | 5057057 | | STH | ~20050717 To 20050723 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050808 22:30 | CN - Canteen | 5078795 | | STH | ~Canteen Date : 20050808 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20050810 23:06 | PY - Payroll | 5095121 | | STH | ~20050724 To 20050730 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050810 23:06 | PY - Payroll | 5095122 | | STH | ~20050724 To 20050730 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050815 22:30 | CN - Canteen | 5114273 | | STH | ~Canteen Date : 20050815 | $0.00 | $6.43 | $0.00 | $0.00 |
| 20050817 23:05 | PY - Payroll | 5129160 | | STH | ~20050731 To 20050806 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050817 23:05 | PY - Payroll | 5129161 | | STH | ~20050731 To 20050806 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050823 10:58 | CN - Canteen | 5148056 | | STH | ~Canteen Date : 20050822 | $0.00 | $26.31 | $0.00 | $0.00 |
| 20050824 23:08 | PY - Payroll | 5160026 | | STH | ~20050807 To 20050813 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050824 23:08 | PY - Payroll | 5160027 | | STH | ~20050807 To 20050813 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050831 23:06 | PY - Payroll | 5190702 | | STH | ~20050814 To 20050820 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050831 23:06 | PY - Payroll | 5190703 | | STH | ~20050814 To 20050820 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050902 22:30 | CN - Canteen | 5210875 | | STH | ~Canteen Date : 20050902 | $0.00 | $13.89 | $0.00 | $0.00 |
| 20050907 23:05 | PY - Payroll | 5228789 | | STH | ~20050821 To 20050827 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050907 23:05 | PY - Payroll | 5228790 | | STH | ~20050821 To 20050827 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050909 17:12 | IS - Interest | 5245619 | | STH | | $0.69 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5245620 | | STH | | $0.00 | $0.00 | $3.12 | $0.00 |
| 20050913 11:46 | IC - Transfer from Inmate to Club A/c | 5271085 | | STH | ~CLOTHING--KCN WASH ACCOUNT - 75--KCN WASH ACCOUNT - Z5 | $0.00 | $3.07 | $0.00 | $0.00 |
| 20050914 23:33 | PY - Payroll | 5281275 | | STH | ~20050828 To 20050903 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050914 23:33 | PY - Payroll | 5281276 | | STH | ~20050828 To 20050903 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050919 22:30 | CN - Canteen | 5301281 | | STH | ~Canteen Date : 20050919 | $0.00 | $8.50 | $0.00 | $0.00 |
| 20050921 23:07 | PY - Payroll | 5315238 | | STH | ~20050904 To 20050910 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050921 23:07 | PY - Payroll | 5315239 | | STH | ~20050904 To 20050910 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20050926 22:30 | CN - Canteen | 5332943 | | STH | ~Canteen Date : 20050926 | $0.00 | $10.62 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20051130 08:48

| | | | | |
|---|---|---|---|---|
| Commit#: | T20853 | | MCI PLYMOUTH | Page: 3 |
| Name: | ANDREW, RICHARD, J, | Statement From | 20050601 | |
| Inst: | MCI PLYMOUTH | To | 20051130 | |
| Block: | A - DORM | | | |
| Cell/Bed: | 127 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050928 23:05 | PY - Payroll | 5346939 | | STH | ~20050911 To 20050917 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050928 23:05 | PY - Payroll | 5346940 | | STH | ~20050911 To 20050917 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051003 22:30 | CN - Canteen | 5367022 | | STH | ~Canteen Date : 20051003 | $0.00 | $7.84 | $0.00 | $0.00 |
| 20051005 23:07 | PY - Payroll | 5384931 | | STH | ~20050918 To 20050924 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051005 23:08 | PY - Payroll | 5384932 | | STH | ~20050918 To 20050924 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051010 22:30 | CN - Canteen | 5403107 | | STH | ~Canteen Date : 20051010 | $0.00 | $7.55 | $0.00 | $0.00 |
| 20051012 23:06 | PY - Payroll | 5419326 | | STH | ~20050925 To 20051001 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051012 23:06 | PY - Payroll | 5419327 | | STH | ~20050925 To 20051001 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051013 16:49 | IS - Interest | 5428932 | | STH | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20051013 16:49 | IS - Interest | 5428933 | | STH | | $0.00 | $0.00 | $3.32 | $0.00 |
| 20051014 23:15 | TI - Transfer from Institution | 5450934 | | STH | | $0.00 | $157.36 | $0.00 | $0.00 |
| 20051014 23:15 | TI - Transfer from Institution | 5450935 | | PLY | | $157.36 | $0.00 | $0.00 | $0.00 |
| 20051014 23:15 | TI - Transfer from Institution | 5450936 | | STH | | $0.00 | $0.00 | $0.00 | $825.56 |
| 20051014 23:15 | TI - Transfer from Institution | 5450937 | | PLY | | $0.00 | $0.00 | $825.56 | $0.00 |
| 20051019 23:07 | PY - Payroll | 5469631 | | STH | ~20051002 To 20051008 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051019 23:07 | TI - Transfer from Institution | 5469632 | | STH | ~Associate Receipt Number is 5469631 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20051019 23:07 | TI - Transfer from Institution | 5469633 | | PLY | ~Associate Receipt Number is 5469631 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051019 23:07 | PY - Payroll | 5469636 | | STH | ~20051002 To 20051008 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051019 23:07 | TI - Transfer from Institution | 5469635 | | PLY | ~Associate Receipt Number is 5469631 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051019 23:07 | TI - Transfer from Institution | 5469634 | | STH | ~Associate Receipt Number is 5469631 | $0.00 | $0.00 | $0.00 | $7.50 |
| 20051021 10:55 | IC - Transfer from Inmate to Club A/c | 5481881 | | PLY | ~Haircut~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051021 11:42 | IC - Transfer from Inmate to Club A/c | 5482023 | | PLY | ~debitek~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20051026 22:30 | CN - Canteen | 5498198 | | PLY | ~Canteen Date : 20051026 | $0.00 | $43.37 | $0.00 | $0.00 |
| 20051026 23:06 | PY - Payroll | 5501640 | | STH | ~20051009 To 20051015 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051026 23:06 | TI - Transfer from Institution | 5501641 | | STH | ~Associate Receipt Number is 5501640 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20051026 23:06 | TI - Transfer from Institution | 5501642 | | PLY | ~Associate Receipt Number is 5501640 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20051026 23:06 | PY - Payroll | 5501645 | | STH | ~20051009 To 20051015 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051026 23:06 | TI - Transfer from Institution | 5501644 | | PLY | ~Associate Receipt Number is 5501640 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20051026 23:06 | TI - Transfer from Institution | 5501643 | | STH | ~Associate Receipt Number is 5501640 | $0.00 | $0.00 | $0.00 | $7.50 |
| 20051028 12:23 | IC - Transfer from Inmate to Club A/c | 5513308 | | PLY | ~debitek~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20051130 08:48

| | | | | Page: 4 |
|---|---|---|---|---|
| Commit# : | T20853 | | MCI PLYMOUTH | |
| Name : | ANDREW, RICHARD, J, | | Statement From | 20050601 |
| Inst : | MCI PLYMOUTH | | To | 20051130 |
| Block : | A - DORM | | | |
| Cell/Bed : | 127/B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051102 14:03 | ML - Mail | 5537067 | 7431141465 | PLY | ~ANDREW, NICOLA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20051102 14:03 | MA - Maintenance and Administration | 5537069 | | PLY | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051102 22:30 | CN - Canteen | 5537605 | | PLY | ~Canteen Date : 20051102 | $0.00 | $16.78 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5568514 | | PLY | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5568515 | | PLY | | $0.00 | $0.00 | $3.82 | $0.00 |
| 20051110 11:43 | IC - Transfer from Inmate to Club A/c | 5602571 | | PLY | ~debitck~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20051122 22:30 | CN - Canteen | 5657019 | | PLY | ~Canteen Date : 20051122 | $0.00 | $26.44 | $0.00 | $0.00 |
| | | | | | | $480.48 | $452.27 | $1,023.70 | $840.56 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $83.93 | $844.38 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $83.93 | $844.38 | $0.00 | $0.00 | $0.00 | $0.00 |

The above named *Richard Andrew* is presently incarcerated in the Massachusetts Department of Correction @ M.C.I. *Plymouth*
date *11/30/05*
*Careise Onaruma*
Rank Name *Admin. Asst / Treasurer*
Notary My commission expires *12/17/10*
Phone *(508) 291-2441*