MANDATE

SDC MA
04-11895
Judge Keeton

# United States Court of Appeals
## For the First Circuit

No. 05-2592

RICHARD J. ANDREW,

Petitioner, Appellant,

v.

KENNETH NELSON,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: October 10, 2006

We have reviewed the record in this case, including the briefs of the parties. Essentially for the reasons given by the district court in its memorandum and order, dated September 15, 2005, we affirm the dismissal of the petition.

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Purcell
Deputy Clerk

Date: 11/1/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Richard Andrew, David Mark Lieber, AAG]